

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00055-CV

| | |
|---|---|
| JERRY N. STANSBURY, AS INDEPENDENT EXECUTOR AND CO-TRUSTEE | APPELLANT |

V.

| | |
|---|---|
| THE ATTORNEY GENERAL OF TEXAS, OTHER PUTATIVE INTERESTED PARTY | APPELLEE |

------------

## FROM THE 235TH DISTRICT COURT OF COOKE COUNTY

------------

### NO. 02-12-00109-CV

| | |
|---|---|
| JERRY N. STANSBURY, INDIVIDUALLY, AND IN HIS CAPACITIES AS INDEPENDENT EXECUTOR AND CO-TRUSTEE | APPELLANT |

V.

| | |
|---|---|
| THE ATTORNEY GENERAL OF TEXAS, DEFENDANT AND OTHER PUTATIVE INTERESTED PARTY | APPELLEE |

-----------

FROM THE COUNTY COURT AT LAW OF COOKE COUNTY

-----------

**NO. 02-12-00115-CV**

JERRY N. STANSBURY,                                   APPELLANT
INDIVIDUALLY, AND IN HIS
CAPACITIES AS INDEPENDENT
EXECUTOR AND CO-TRUSTEE

V.

THE ATTORNEY GENERAL OF                          APPELLEE
TEXAS, DEFENDANT AND OTHER
PUTATIVE INTERESTED PARTY

-----------

FROM THE COUNTY COURT AT LAW OF COOKE COUNTY

-----------

# MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered "Appellant's Unopposed Motion To Lift Stay And To Dismiss Appeals." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeals. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

2

This court's March 30, 2012 order staying all trial court proceedings in cause number PR-16630, pending in the County Court at Law of Cooke County, Texas, is lifted.

Costs of the appeals shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  GARDNER, J.; LIVINGSTON, C.J.; and MEIER, J.

DELIVERED:  June 20, 2013